**Order entered November 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00163-CV**
**No. 05-18-00164-CV**

**IN THE INTEREST OF M.A.A., A CHILD**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

## ORDER

Before the Court is appellants' motion for leave to file their reply brief to the brief of appellees David Rohlf and Michael Goodman. We **GRANT** the motion and **ORDER** appellants' reply brief received November 12, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE